UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Paul Hansmeier,<br>    Debtor. | BKY No. 15-42460 |
| Daniel M. McDermott, United States Trustee,<br>    Plaintiff,<br>vs.<br>Paul Hansmeier,<br>    Defendant. | ADV No. 16-04035 |

## STIPULATION FOR MODIFICATION OF TRIAL ORDER
_____

This Stipulation for Modification of Trial Order is made and agreed by and between Plaintiff, Daniel M. McDermott, United States Trustee ("Plaintiff"), and Defendant, Paul Hansmeier ("Defendant").

WHEREAS, on October 10, 2016, the Court entered its Second Amended Order for Trial and Use of Electronic Evidence, by which it scheduled a trial in this matter for 9:00 a.m. on April 10, 2017, and set certain deadlines regarding pre-trial meetings and filings;

WHEREAS, the Court ordered the defendant to respond to the United States Trustee's document production requests by April 5, 2017;

WHEREAS, the document production deadline overlaps with the deadlines contained in the Court's Second Amended Trial Order;

WHEREAS, the United States Trustee needs additional time to prepare for trial after the defendant produces the requested documents;

IN CONSIDERATION OF THE FOREGOING, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff and Defendant jointly request that the Court enter an order amending the Order for Trial to:

    a. Schedule the trial in this matter for May 29, 2017, or such later date as is convenient for the Court;

    b. Set the deadline for the parties to confer and enter into stipulations of undisputed facts, waiver of objections to admissibility of exhibits and depositions to be offered in evidence as currently provided in paragraph 2 of the Second Amended Order for Trial at the date that is fourteen (14) days before the date of trial;

    c. Set the deadline for delivery of electronic exhibits and pre-trial filings as currently provided in paragraph 4 of the Second Amended Order for Trial at the date that is seven (7) days before the date of trial; and

    d.    Otherwise incorporating the terms of the Second Amended Order for Trial.

Date: March 22, 2017    By: _____
    Paul Hansmeier
    3749 Sunbury Alcove
    Woodbury, Minnesota 55125
    Phone: (612) 326-9801

*In propria persona*

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
REGION 12

By: /e/ Colin Kreuziger
    Colin Kreuziger, (Minn. #0386834)
    1015 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN 55415
    Phone: (612) 334-1350

*Attorney for Plaintiff*