# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Paul Hansmeier,

Debtor.

Chapter 7

BKY 15-42460

---

Daniel M. McDermott, United States Trustee,

        Plaintiff,

v.

Paul Hansmeier,

        Defendant.

ADV 16-4035

---

## ORDER

---

The United States Trustee's motion to compel production of documents is before the Court.  For reasons stated orally and recorded in open court,

**IT IS ORDERED:**

1. The United States Trustee's motion to compel production of documents is granted.

2. The defendant shall produce documents responsive to the United States Trustee's request for production of documents in an electronic format acceptable to the United States Trustee within 14 days of the date of this order.

3. If the defendant fails to comply with this Court's order, the United States Trustee may file an affidavit of non-compliance.  Upon receipt of the affidavit, the Court shall issue an Order to Show Cause as to why sanctions should not be issued against the defendant,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/22/2017*
Lori Vosejpka, Clerk, by LH

including the sanction of an entry of default judgment against the defendant in this adversary proceeding.

Dated:  March 22, 2017                                    /e/ Kathleen H. Sanberg
                                                                         Kathleen H. Sanberg
                                                                         Chief United States Bankruptcy Judge