UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

         Debtor.　　　　　　　　BKY 15-42460

---

Daniel M. McDermott, United　　　　ADV 16-4035
States Trustee,

         Plaintiff,

v.　　　　　　　　　　　　　　　　**ORDER**

Paul Hansmeier,

         Defendant.

---

At Minneapolis, Minnesota, August 31, 2017.

    This proceeding is before the court on the Order for Telephonic Status Conference. For reasons stated orally and recorded in open court

    IT IS ORDERED:

    The stay of proceedings ordered on May 17, 2017, is hereby lifted.

                               /e/ Kathleen H. Sanberg
                               KATHLEEN H. SANBERG
                               CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/31/2017
Lori Vosejpka, Clerk, by LH