# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Paul Hansmeier,**

**Debtor.**

Chapter 7

Bankruptcy No. 15-42460

---

**Daniel M. McDermott, United States Trustee,**

**Plaintiff,**

**vs.**

**Paul Hansmeier,**

**Defendant.**

Adv. No. 16-04035

---

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Fed. R. Bankr. P. 7041(a)(1)(ii), the plaintiff and the defendant hereby file a Stipulation of Dismissal of Adversary Proceeding and agree as follows:

1. On March 24, 2016, the plaintiff filed a Complaint for Denial of Discharge in the bankruptcy case of Paul Hansmeier, case number 15-42460.

2. The defendant filed an answer on April 25, 2016.

3. The court granted the defendant's motion to waive his discharge in the lead bankruptcy case, case no. 15-42460, on January 3, 2018.

4. As a result of the defendant's waiver of discharge, the plaintiff and the

defendant stipulate to dismissal of the Complaint.

5. Nothing has been promised to the plaintiff in consideration of the dismissal of the adversary proceeding, except as noted in Paragraph 7.

6. The plaintiff and the defendant understand and agree that each party shall bear its own attorney fees and costs.

7. This Stipulation is subject to the settlement found at docket entry #247 and previously approved by the Court at docket entry #258.

Dated: 1/5/18

_____
Paul Hansmeier
Defendant
9272 Cortland Alcove
Woodbury, MN 55125

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
Region 12

_____
Colin Kreuziger
Trial Attorney
MN Atty. No. 0386834
Office of the United States Trustee
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350

defendant stipulate to dismissal of the Complaint.

5. Nothing has been promised to the plaintiff in consideration of the dismissal of the adversary proceeding, except as noted in Paragraph 7.

6. The plaintiff and the defendant understand and agree that each party shall bear its own attorney fees and costs.

7. This Stipulation is subject to the settlement found at docket entry #247 and previously approved by the Court at docket entry #258.

Dated: _____     __1/8/2018_____

**DANIEL M. MCDERMOTT**
**UNITED STATES TRUSTEE**
**Region 12**

_____     _____
Paul Hansmeier                Colin Kreuziger
Defendant                     Trial Attorney
9272 Cortland Alcove          MN Atty. No. 0386834
Woodbury, MN 55125            Office of the United States Trustee
                              U.S. Courthouse
                              300 South Fourth Street
                              Minneapolis, MN 55415
                              (612) 334-1350